Edward C. Casey Jr. (State Bar No. 123702)
LAW OFFICES OF EDWARD C. CASEY JR.
492 9th Street, Suite 260
Oakland, California 94607
Telephone: (510) 251-2300
Facsimile: (510) 251-2305
E Mail: eccasey@sbcglobal.net

Attorneys for Plaintiff
Jessica Orozco

OFFICE OF THE CITY ATTORNEY
Dennis J. Herrera (State Bar No. 139669)
City Attorney
Cheryl Adams (State Bar No. 164194)
Chief Trial Deputy
Sean F. Connolly (State Bar No. 152235)
Deputy City Attorney
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3863
Facsimile: (415) 554-3837
E Mail: sean.connolly@sfgov.org

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA OROZCO,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO et al,<br><br>    Defendants. | Case No. 12-cv-01900 JCS<br><br>**UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND STIPULATED REQUEST TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date: December 14, 2012<br>Time: 9:30 a.m.<br>Dept: Courtroom G, 15th Floor<br>Judge: Hon. Joseph C. Spero |

Summary of Facts:

This lawsuit arises out of an officer involved shooting that occurred on Sept. 17, 2011 in the North Beach area of San Francisco. Plaintiff was a bystander who was hit by an errant bullet

1

JOINT CASE MANAGEMENT CONFERENCE
STATEMENT – 12-cv-01900 JCS

1  and/or fragment intended for an armed suspected subject of a police investigation.

2  Procedural History and Status:

3  On September 21, 2012, the parties participated in a case management conference with the court. At that time the court ordered the parties to continue with their document production and allowed no more than three depositions.

Up to this date, the parties have continued with document production. Defendants have requested plaintiff to postpone any depositions until further document production has been completed.

The parties request 120 days to complete the remaining document production and depositions.

Regarding the request to postpone the hearing on the further case management conference: defense counsel has surgery scheduled on December 14, 2012, for a medical issue that arose since the last hearing on this matter, and for that reason requests the hearing be postponed until March 15, 2013.

The parties stipulated to the above.

Dated: December 7, 2012          LAW OFFICES OF EDWARD C. CASEY JR.


                                 By: _____/s/ Edward C. Casey Jr._____
                                     Edward C. Casey Jr.
                                     Attorneys for Plaintiff Jessica Orozco

Dated: December 7, 2012          OFFICE OF THE CITY ATTORNEY


                                 By: _____/s/ Sean F. Connolly_____
                                     Sean F. Connolly
                                     Attorney for Defendants

IT IS HEREBY ORDERED THAT the case management conference is continued to March 15, 2013, at 1:30 PM. Updated joint cmc statement due by March 8, 2013.
Dated: 12/11/12

*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICES OF EDWARD C. CASEY JR.
492 9TH Street, Suite 260
Oakland, California 94607
TELEPHONE: (510) 251-2300