```
 1  EDWARD C. CASEY, JR., ESQ.   CSB: 123702
    Law Offices of Edward C. Casey, Jr.
 2  300 Frank H. Ogawa Plaza, Suite 370
    Oakland, California 94111
 3  Telephone: 510.251.2300

 4
    Attorneys for Plaintiff
 5  JESSICA OROZCO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA OROZCO,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO et al,<br><br>        Defendants. | Case No. 12cv-01900 JCS<br><br>STIPULATION FOR JOINT SETTLEMENT CONFERENCE; ORDER THEREON |
| JOSE GARCIA<br><br>        Plaintiff,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO et al<br><br>        Defendants. | Case No. 12cv-02443 SBA<br><br><br><br><br><br>Date: April 22, 2013<br>Time: 11:00 a.m.<br>Courtroom: 4 (Oakland) |

//

//

//

1

Stipulation for Joint Settlement Conference; Order Thereon

WHEREAS:

1. Plaintiff Jessica Orozco filed the above civil rights action which alleges that she suffered gunshot wounds on September 17, 2011 as an innocent bystander to a police action being undertaken by officers from the San Francisco Police Department;

2. Plaintiff Jose Garcia filed the above civil rights action in which he alleges he suffered gunshot wounds as an innocent bystander during the same police action;

3. Both actions have been referred to Magistrate Judge Donna M. Ryu for settlement conference;

4. Both actions involve the same facts and applicable law and differ only in the nature and extent of their respective claims for damages;

5. Plaintiff Garcia's case is scheduled for settlement conference before Magistrate Judge Ryu on April 22, 2013 at 11:00 a.m.; and

6. The parties to both actions wish to conduct a joint settlement conference with Magistrate Judge Ryu.

THEREFORE, IT IS HEREBY STIPULATED by the parties that the settlement conferences for both actions be conducted jointly on April 22, 2013 at 11:00 a.m. before Magistrate Judge Ryu.

LAW OFFICES OF EDWARD C. CASEY JR.

Dated: April 17, 2013

By: Edward C. Casey Jr.
Attorney for Plaintiff Jessica Orozco

2

Stipulation for Joint Settlement Conference; Order Thereon

WALKUP, MELODIA, KELLY & SHOENBERGER

Dated: April 17, 2013          /S/
                        By: Andrew McDevitt, Esq.
                        Attorneys for Plaintiff Jose Garcia


OFFICE OF THE CITY ATTORNEY


Dated: April 17, 2013          /S/
                        By: Sean Connolly, Esq.
                        Deputy City Attorney
                        Attorney for Defendants

## ORDER ON STIPULATION

The Stipulation of the parties having been read and considered and good cause appearing, it is hereby ordered that the settlement conferences for both of these actions be held jointly on April 22, 2013 at 11:00 a.m. at 1300 Clay Street, Courtroom 4, Oakland, California. Settlement conferences briefs and exhibits are to be lodged with Magistrate Judge Ryu no later than Thursday, April 18, 2013 at ~~12:00~~ 5:00 p.m.

Dated: 4/18/2013

_____
Honorable Donna M. Ryu
Magistrate Judge of the United States
District Court

3

Stipulation for Joint Settlement Conference; Order Thereon