IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESSICA OROZCO,　　　　　　　　　　　　　　　No. C-12-01900-JCS (DMR)

       Plaintiff,　　　　　　　　　　　　　　　　　　　　**ORDER**

 v.

CITY AND COUNTY OF SAN FRANCISCO, ET AL,

       Defendant.
_____/

    IT IS HEREBY ORDERED THAT the order to show cause issued against Jessica Orozco on August 8, 2013 [Docket No. 41] is withdrawn.

    IT IS SO ORDERED.

Dated: August 19, 2013

DONNA M. RYU
United States Magistrate Judge