United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESSICA OROZCO,  No. C-12-01900-JCS (DMR)

    Plaintiff,  **ORDER**

v.

CITY AND COUNTY OF SAN FRANCISCO, ET AL,

    Defendant.
_____/

IT IS HEREBY ORDERED THAT the order to show cause issued against Jessica Orozco on August 8, 2013 [Docket No. 41] is withdrawn.

IT IS SO ORDERED.

Dated:  August 19, 2013

_____
DONNA M. RYU
United States Magistrate Judge